**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6770**

ALEJANDRO MARTINEZ-MATA,

    Petitioner - Appellant,

  v.

UNITED STATES OF AMERICA,

    Respondent - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:14-cv-00010-REP)

Submitted: December 17, 2015   Decided: December 21, 2015

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Alejandro Martinez-Mata, Appellant Pro Se.  Gurney Wingate Grant, II, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alejandro Martinez-Mata appeals the district court's order denying his motion for the return of property pursuant to Fed. R. Crim. P. 41(g). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Martinez-Mata, No. 3:14-cv-00010-REP (E.D. Va. Oct. 24, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2